IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EDITA MARLENY SANTOS CARTAGENA, | § § § § | |
| Petitioner, | § § | |
| v. | § | CAUSE NO. EP-26-CV-259-KC |
| KRISTI NOEM et al., | § § § | |
| Respondents. | § § | |

## ORDER

On this day, the Court considered Petitioner Edita Marleny Santos Cartagena's Notice of Voluntary Dismissal, ECF No. 4, filed on February 6, 2026, in the above-captioned case. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, the Court **ORDERS** that all of Petitioner's claims in this case are **DISMISSED** without prejudice.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 9th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE